UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-2254-GW-RAOx | Date | January 24, 2020 |
|---|---|---|---|
| Title | *Antony Jackson, et al. v. City of Los Angeles, et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present  None Present

**PROCEEDINGS:    IN CHAMBERS - ORDER**

Pursuant to the parties' Joint Report for Modification of Scheduling Order (see Docket No. 46), the Court resets the litigation dates as follows:

| | |
|---|---|
| Initial Expert Disclosures | March 26, 2020 |
| Rebuttal Expert Disclosures | April 23, 2020 |
| Expert Discovery Cut-Off | April 17, 2020 |
| Last day to file Dispositive Motions | May 8, 2020 |
| Last day to hear Dispositive Motions | June 5, 2020 |
| Lodge FPTCO | June 12, 2020 |
| File Motions in Limine ("MILs") | June 12, 2020 |
| File Oppositions to MILs | June 19, 2020 |
| File Replies to MILs | June 26, 2020 |
| File Joint Statement of Case, Joint Exhibit and Witness Lists, Joint Proposed Jury Instructions, Verdict Form, Stipulation of Facts | June 26, 2020 |
| Lodge Deposition Transcripts | June 29, 2020 |
| File Voir Dire Questions | July 6, 2020 |
| FPTC/Hearing on MILs | July 9, 2020 at 8:30 a.m. |
| Trial | July 21, 2020 at 9:00 a.m. |

The telephonic conference set for January 27, 2020 is TAKEN OFF-CALENDAR.

                                                                                        :
                                              Initials of Preparer    JG