# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONY JACKSON and TOYA JACKSON, individually and on behalf of their minor child, T.J., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | CASE NO. CV 19-2254-GW-RAOx <br><br> The Honorable George H. Wu <br><br> **ORDER GRANTING JOINT STIPULATION TO DISMISS CASE** |

## ORDER

Based upon the Stipulation of the Parties and with good cause appearing, IT IS ORDERED that Defendants are hereby dismissed WITH PREJUDICE with the Parties bearing their own costs and attorneys' fees. With this dismissal, the case has now resolved in its entirety.

**IT IS SO ORDERED.**

Dated: December 21, 2021

_____
HONORABLE GEORGE H. WU
United States District Court Judge